No. 73–887.   Holdrege   Cooperative   Equity   Exchange v. Chicago, Burlington & Quincy Railroad. C. A. 8th Cir.   Certiorari denied.

No. 73–5339.   Charles v. Wainwright, Corrections Director.   C. A. 5th Cir.   Certiorari denied.

No. 73–5439.   Hart v. Bordenkircher, Warden. C. A. 4th Cir.   Certiorari denied.

No. 73–5451.   Torriente v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 73–5459.   Taylor v. Estelle, Corrections Director.   C. A. 5th Cir.   Certiorari denied.

No. 73–5462.   Johnson v. Louisiana.   Sup. Ct. La. Certiorari denied.

No. 73–5487.   Price et al. v. United States; and

No. 73–5540.   Jackson v. United States.   C. A. 10th Cir.   Certiorari denied.   Reported below: 482 F. 2d 1167.

No. 73–5510.   Herships v. California.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–5514.   Ramsey v. Vincent, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.

No. 73–5530.   Allen v. Georgia.   Sup. Ct. Ga.   Certiorari denied.

No. 73–5545.   Reed v. California.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–5550.   Miller v. United States.   C. A. 5th Cir.   Certiorari denied.